AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

FILED
United States District Court
Albuquerque, New Mexico

Mitchell R. Elfers
Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Maurice LACEY | ) | Case No. 22-MJ-1668 |
| SSN:1444 | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Maurice Lacey

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 922(g)(1) and 924(c): Felon in possession of a firearm or ammunition

Date: 10/25/2022

*Issuing officer's signature*

City and state: Albuquerque, New Mexico

Hon. John F. Robbenhaar, U.S. Magistrate
*Printed name and title*

### Return

This warrant was received on *(date)* 10/25/22, and the person was arrested on *(date)* 10/31/22
at *(city and state)* Albuquerque, NM

Date: 10/31/22

*Arresting officer's signature*

Katie M. Stamper - SA
*Printed name and title*