# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Jerry H. Ritter

Motion Hearing

| | | | |
|---|---|---|---|
| Case Number: | 22MJ1668 | UNITED STATES vs. Lacey | |
| Hearing Date: | 11/7/2022 | Time In and Out: | 10:51 am-11:23 am |
| Courtroom Deputy: | C. Lopez | Courtroom: | Rio Grande |
| Defendant: | Maurice Lacey | Defendant's Counsel: | Stephen Taylor |
| AUSA: | Tim Trembley | Pretrial/Probation: | Mindy Pirkovic |
| Interpreter: | | Witness: | |

## Initial Appearance

- ☐ Defendant received a copy of charging document
- ☐ Court advises defendant(s) of possible penalties and all constitutional rights
- ☒ Defendant currently has Court appointed Stand-By counsel
- ☐ Government moves to detain     ☐ Government does not recommend detention
- ☐ Set for _____ on _____ @ _____

## Preliminary/Show Cause/Identity

- ☐ Defendant
- ☐ Court finds probable cause     ☐ Court does not find probable cause

## Detention

- ☐ Defendant waives Detention Hearing
- ☐ 

## Custody Status

- ☐ Defendant
- ☐ Conditions

## Other

- ☐ Defendant waives personal presence at hearing/Court accepts Defendant's waiver
- ☐ Pursuant to the Due Process Protections Act, Court confirms the United States obligation to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, and orders it to do so.
- ☐ Matter referred to _____ for Final Revocation Hearing
- ☒ Motion Granted; Defendant allowed to appear Pro Se with Stand-By Counsel the Appointment Approved by the Court.